FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

George Arnesen, et al.                    Plaintiff

v.                                                      CIVIL ACTION    1:23-cv-00145-TBM-RPM
                                                        NO.

Gina Raimondo, et al.                     Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:          James Burnham

        Firm Name:    Jones Day

        Office Address:   51 Louisiana Ave., NW

        City:   Washington          State DC       Zip 20001

        Telephone:   2028795429       Fax: 2026261700

        E-Mail:   jburnham@jonesday.com

(B)   Client(s):     George Arnesen

        Address:    280 Tangelo Drive

        City:   Buras          State LA       Zip 70041

        Telephone:   9853090119       Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have extensive experience as a litigator in federal appellate and district courts, often in cases raising complex constitutional issues.  I served in the U.S. Department of Justice as Counselor to the Attorney General, Deputy Assistant Attorney General, and Senior Counsel; and served in the White House as Senior Associate Counsel to the President.  These experiences in government and private practice well equip me to represent Plaintiffs in this constitutional challenge to agency structure and regulations.

(C)     I am admitted to practice in the:



☑          State of Arizona

☑          District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

District of Columbia Court of Appeals
430 E St. NW, Washington D.C. 20001
202.879.1010
https://www.dccourts.gov/court-of-appeals

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| U.S. District Court for the Northern District of Illinois | 07/19/2011-Present |
| U.S. Court of Appeals for the District of Columbia Circuit | 03/30/2012-Present |
| U.S. Court of Appeals for the Second Circuit | 05/22/2013 (inactive) |
| U.S. Court of Appeals for the Fourth Circuit | 08/02/2013-Present |
| U.S. Court of Appeals for the Fifth Circuit | 01/25/2022-Present |
| U.S. Court of Appeals for the Seventh Circuit | 02/24/2012-Present |
| U.S. Court of Appeals for the Eighth Circuit | 09/22/2014-Present |
| U.S. Court of Appeals for the Ninth Circuit | 08/22/2012-Present |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

|  |  | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

N/A

|  | Yes | No |
|---|---|---|
| (I)     Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Robert W. Wilkinson; MS Bar No. 7215

Firm Name:   Wilkinson, Williams, Bosio & Sessoms, PLLC

Office Address:   734 Delmas Avenue (39567); P.O. Box 1618

City: Pascagoula          State: MS       Zip: 39568-1618

Telephone: 228-762-2272      Fax:  228-762-3223

Email address: rwilkinson@wwbslaw.com

Form 6 (ND/SD Miss. Dec. 2016)

(K)   The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ Robert W. Wilkinson
Resident Attorney

I certify that the information provided in this Application is true and correct.

6/20/23
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __20th__ day of __June__, 20_23_.

/s/ Robert W. Wilkinson
Resident Attorney

6