# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN; JEFFREY RYAN BRADLEY, <br><br> Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, U.S. Secretary of Commerce; NATIONAL MARINE FISHERIES SERVICE (NMFS); JANET COIT, NMFS Assistant Administrator; SAMUEL D. RAUCH III, NMFS Deputy Assistant Administrator for Regulatory Programs; GULF OF MEXICO FISHERY MANAGEMENT COUNCIL; PHIL DYSKOW, Council Member; THOMAS FRAZER, Council Member; ROBERT GILL, Council Member; GREG STUNZ, Council Member; TROY WILLIAMSON, Council Member; SUSAN BOGGS, Council Member; JONATHAN DUGAS, Council Member; MICHAEL MCDERMOTT, Council Member; DALE DIAZ, Council Member; SCOTT BANNON, Council Member; KEVIN ANSON, Council Member designee; PATRICK BANKS, Council Member; CHRIS SCHIEBLE, Council Member designee; JESSICA MCCAWLEY, Council Member; CHRISTOPHER SWEETMAN, Council Member; ROBIN RIECHERS, Council Member; DAKUS GEESLIN, Council Member designee; GEN. JOE SPRAGGINS, Council Member; RICK BURRIS, Council Member designee; ANDY STRELCHECK, Council Member and NMFS Regional Administrator, <br><br> Defendants. | No. 1:23-cv-00145-TBM-RPM |

1

| | |
|---|---|
| KAREN BELL; A.P. BELL FISH COMPANY, INC.; and WILLIAM COPELAND, <br><br>                   Plaintiffs, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce; JANET COIT, in her official capacity as Assistant Administrator for the National Marine Fisheries Service; and NATIONAL MARINE FISHERIES SERVICE, <br><br>                   Defendants. | No. 1:23-cv-00160-HSO-BWR <br><br> **NOTICE OF MOTION FILED IN *BELL V. RAIMONDO*** |

      The Plaintiffs in *Bell v. Raimondo* hereby give notice to the parties in *Arnesen v. Raimondo* and this Court that they have filed a motion to expedite under the *Bell* docket, No. 23-cv-160 (S.D. Miss.), pursuant to 16 U.S.C. § 1855(f)(4).

DATED: August 9, 2023.             Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Poon <br> MICHAEL A. POON* <br> Cal. Bar No. 320156 <br> DAMIEN M. SCHIFF* <br> Cal. Bar No. 235101 <br> Pacific Legal Foundation <br> 555 Capitol Mall, Suite 1290 <br> Sacramento, CA 95814 <br> Telephone: (916) 419-7111 <br> Facsimile: (916) 419-7747 <br> MPoon@pacificlegal.org <br> DSchiff@pacificlegal.org <br><br> *Pro Hac Vice* | /s/ Charles E. Cowan <br> CHARLES E. COWAN <br> Miss. Bar No. 104478 <br> 401 East Capitol Street <br> Heritage Building, Suite 600 <br> Jackson, MS 39201 <br> Telephone: (601) 968-5500 <br> Facsimile: (601) 968-5593 <br> cec@wisecarter.com <br><br> MOLLY E. NIXON* <br> NY Bar No. 5023940 <br> Pacific Legal Foundation <br> 3100 Clarendon Blvd., Suite 1000 <br> Arlington, VA 22201 <br> Telephone: (202) 888-6881 <br> MNixon@pacificlegal.org |

                              *Counsel for Bell Plaintiffs*

## Certificate of Service

I hereby certify that on the 9th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Michael A. Poon
MICHAEL A. POON*
*Counsel for Bell Plaintiffs*
*Pro Hac Vice*