IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN *et al.*<br><br>*Plaintiffs,*<br>  v.<br><br>GINA RAIMONDO, *et al.*<br><br>*Defendants.* | No. 1:23-cv-00145-TBM-RPM |
| KAREN BELL *et al.*<br><br>*Plaintiffs,*<br>  v.<br><br>GINA RAIMONDO, *et al.*<br><br>*Defendants.* | |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants move for summary judgment and oppose Plaintiffs' motion for summary judgment in the alternative, ECF No. 6. For the reasons explained in the accompanying Memorandum of law in support, Defendants are entitled to summary judgment and Plaintiffs are not entitled to summary judgment in the alternative. The Court should grant Defendants' motion and deny Plaintiffs' motion for the reasons explained in the accompanying Memorandum.

Dated:  August 31, 2023       Respectfully submitted,

                                                 TODD KIM
                                                 Assistant Attorney General
                                                 S. JAY GOVINDAN
                                                 Section Chief
                                                 MEREDITH L. FLAX
                                                 Deputy Section Chief

/s/ Shampa A. Panda
SHAMPA A. PANDA (*lead counsel*)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov
CA Bar No. 316218

DARREN J. LAMARCA
*United States Attorney*

s/ James E. Graves, III
James E. Graves, III
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone:   (601) 965-4480
Facsimile:   (601) 965-4032
Email:       James.Graves@usdoj.gov
MS Bar No.   102252

Of Counsel:

MARA LEVY,
Attorney-Advisor
Office of the General Counsel
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
263 13th Avenue South
St. Petersburg, FL
33701
Tel:  (727) 824-5302
Mara.Levy@noaa.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Shampa A. Panda*
SHAMPA A. PANDA
Trial Attorney (CA Bar No. 316218)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov

*Attorney for Defendants*
