# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN *et al.* <br><br> *Plaintiffs,* <br> v. <br><br> GINA RAIMONDO, *et al.* <br><br> *Defendants.* <br> KAREN BELL *et al.* <br><br> *Plaintiffs,* <br> v. <br><br> GINA RAIMONDO, *et al.* <br><br> *Defendants.* | No. 1:23-cv-00145-TBM-RPM |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants move for summary judgment and oppose *Bell* Plaintiffs' motion for summary judgment, ECF No. 70. For the reasons explained in the accompanying Memorandum of law in support, Defendants are entitled to summary judgment and *Bell* Plaintiffs are not entitled to summary judgment. The Court should grant Defendants' motion and deny *Bell* Plaintiffs' motion for the reasons explained in the accompanying Memorandum.

Dated:  September 29, 2023     Respectfully submitted,

                                          TODD KIM
                                          Assistant Attorney General
                                          S. JAY GOVINDAN
                                          Section Chief
                                          MEREDITH L. FLAX
                                          Deputy Section Chief

/s/ Shampa A. Panda
SHAMPA A. PANDA (*lead counsel*)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0431
Fax: (202) 305-0275
E-mail: shampa.panda@usdoj.gov
CA Bar No. 316218

DARREN J. LAMARCA
*United States Attorney*

s/ James E. Graves, III
James E. Graves, III
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone:   (601) 965-4480
Facsimile:   (601) 965-4032
Email:       James.Graves@usdoj.gov
MS Bar No.   102252

Of Counsel:

MARA LEVY,
Attorney-Advisor
Office of the General Counsel
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
263 13th Avenue South
St. Petersburg, FL
33701
Tel:  (727) 824-5302
Mara.Levy@noaa.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

>	*/s/ Shampa A. Panda*
>	SHAMPA A. PANDA
>	Trial Attorney (CA Bar No. 316218)
>	United States Department of Justice
>	Environment & Natural Resources Division
>	Wildlife & Marine Resources Section
>	P.O. Box 7611
>	Washington, DC 20044-7611
>	Tel: (202) 305-0431
>	Fax: (202) 305-0275
>	E-mail: shampa.panda@usdoj.gov
>
>	*Attorney for Defendants*