IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE D. ARNESEN; JEFFREY RYAN BRADLEY; KAREN BELL; A.P. BELL FISH COMPANY, INC.;** *and* **WILLIAM COPELAND** | **PLAINTIFFS** |
| v. | **CIVIL ACTION NO. 1:23-cv-145-TBM-RPM** *consolidated with* **CIVIL ACTION NO. 1:23-cv-160-TBM-RPM** |
| **GINA RAIMONDO,** *U.S. Secretary of Commerce*; **NATIONAL MARINE FISHERIES SERVICE,** *(NMFS)*; **JANET COIT,** *NMFS Assistant Administrator*; **SAMUEL D. RAUCH, III,** *NMFS Deputy Assistant Administrator for Regulatory Programs*; **GULF OF MEXICO FISHERY MANAGEMENT COUNCIL;** *et. al.* | **DEFENDANTS** |

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, this CASE is CLOSED.

This, the 31st day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TAYLOR B. McNEEL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE