IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN, *et al.*<br><br>      *Plaintiffs,*<br>  *v.*<br><br>GINA RAIMONDO, U.S. Secretary of Commerce, *et al.*<br><br>      *Defendants.* | No. 1:23-cv-00145-TBM-RPM |

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), Plaintiffs George D. Arnesen and Ryan Bradley hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on January 31, 2024. *See Arnesen v. Raimondo*, No. 23-cv-145, Docket No. 87 (Jan. 31, 2024) (opinion and order); *id.*, Docket No. 88 (Jan. 31, 2024) (final judgment). This notice applies only to *Arnesen v. Raimondo*, and not to the consolidated case *Bell v. Raimondo*. *See Hall v. Hall*, 138 S. Ct. 1118, 1125, 1128 (2018) (holding that consolidated cases are not "merged into a single case subject to a single appeal" but rather "remained independent when it came to judgments and appeals"); *cf.* Docket No. 49 (order consolidating *Bell* with *Arnesen*).

Dated: February 1, 2024    Respectfully submitted,

                                                   */s/ Robert W. Wilkinson*
                                                   Robert W. Wilkinson (MS Bar No. 7215)
                                                   A. Kelly Sessoms, III (MS Bar No. 9466)
                                                   Wilkinson, Williams, Bosio & Sessoms, PLLC
                                                   734 Delmas Ave. (39567)
                                                   P.O. Box 1618
                                                   Pascagoula, MS 39568-1618
                                                   (228) 762-2272 phone
                                                   (228) 762-3223 fax
                                                   rwilkinson@wwbslaw.com
                                                   ksessoms@wwbslaw.com

Brett Shumate*
John Henry Thompson*
Louis J. Capozzi III*
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-5429
bshumate@jonesday.com

James M. Burnham*
King Street Legal, P.L.L.C.
800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

*/s/ Robert W. Wilkinson*
Robert W. Wilkinson
*Counsel for Plaintiffs*
