# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 23, 2024

Mr. Arthur S. Johnston III
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    No. 24-60055   Arnesen v. Raimondo
                       USDC No. 1:23-CV-145
                       USDC No. 1:23-CV-160

Dear Mr. Johnston,

Enclosed is an opinion entered in this case. The case has been placed in abeyance pending disposition of the remand proceedings stated within the opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Monica R. Washington, Deputy Clerk
                                      504-310-7705

Enclosure(s)

cc:  Mr. Thomas Arthur Berry
     Mr. John Edward Bies
     Mr. James Burnham
     Mr. Louis Joseph Capozzi III
     Mr. Charles Edward Cowan
     Mr. James E. Graves III
     Mr. J. Timothy Hobbs Jr.
     Ms. Molly Nixon
     Mr. Michael Poon
     Mr. Damien M. Schiff
     Mr. Brett Shumate
     Ms. Shelby Renee Stoner
     Mr. John Henry Thompson
     Mr. Robert W. Wilkinson