# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN, *et al.*, | No. 1:23-cv-00145-TBM-RPM |
| Plaintiffs, | **JOINT MOTION TO SET BRIEFING SCHEDULE** |
| v. | |
| GINA RAIMONDO, *et al.*, | |
| Defendants. | |
| KAREN BELL, *et al.*, | |
| Plaintiffs, | |
| v. | |
| GINA RAIMONDO, *et al.* | |
| Defendants. | |

1

In this consolidated case, *Bell* Plaintiffs brought suit under the Magnuson-Stevens Act, requesting that the Court set aside a final rule implementing a quota reduction for greater amberjack known as Amendment 54. *Bell v. Raimondo*, No. 23-cv-160 (S.D. Miss.). *Arnesen* Plaintiffs likewise brought suit seeking to set aside the final rule. ECF No. 1. In addition, the *Arnesen* Plaintiffs sought a declaration that Amendment 54 is void and an injunction to stop the Gulf of Mexico Fishery Management Council from developing further annual catch limits for greater amberjack. *Id.* After the cases were consolidated, ECF No. 49, cross-motions for summary judgment were briefed. This Court expedited proceedings. *See* ECF No. 87 at 12 & n.8. On January 31, 2024, this Court granted summary judgment to the government, ECF Nos. 87–88, and Plaintiffs appealed to the Fifth Circuit, ECF Nos. 89–90, which likewise expedited the case.

> On August 23, 2024, the Fifth Circuit remanded the case to this Court to
>
> address, in the first instance, whether (1) there is jurisdiction to consider Arnesen's requested relief declaring Amendment 54 itself void and enjoining the voting members of the Council from developing further annual catch limits for the greater amberjack fishery in light of the Government's contention that judicial review under 16 U.S.C. § 1855(f)(1)–(2) is limited to "[r]egulations promulgated by the Secretary" and "actions that are taken by the Secretary under regulations which implement a fishery management plan," and (2) whether the NMFS Assistant Administrator's review and approval of the Final Rule functioned as a ratification of Council's actions.

ECF No. 94 at 4 (footnote omitted).

To resolve these issues, the parties respectfully request that the Court enter the following schedule for simultaneous briefing:

- October 11, 2024: Initial Brief, limited to 20 pages[1] for each set of Plaintiffs and for Defendants
- November 4, 2024: Response Brief, limited to 15 pages for each set of Plaintiffs and 25 pages for Defendants

The parties also submit that the limited remand in this expedited case can be resolved without a hearing.

DATED: September 6, 2024.

Respectfully submitted,

*/s/ Michael Poon*
MICHAEL POON*
DAMIEN M. SCHIFF*
MOLLY NIXON*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
MPoon@pacificlegal.org
DSchiff@pacificlegal.org
MNixon@pacificlegal.org

*/s/ Charles E. Cowan*
CHARLES E. COWAN
Miss. Bar No. 104478
401 East Capitol Street
Heritage Building, Suite 600
Jackson, MS 39201
Telephone: (601) 968-5500
Facsimile: (601) 968-5593
cec@wisecarter.com

* admitted *pro hac vice*

*Counsel for Plaintiffs
Karen Bell; A.P Bell Fish Company, Inc.;
and William Copeland*

---

[1] The requested page counts exclude the captions, tables of contents, tables of authorities, signature blocks, and certificates of service.

3

/s/ *Robert W. Wilkinson*
Robert W. Wilkinson (MS Bar No. 7215)
A. Kelly Sessoms, III (MS Bar No. 9466)
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Ave. (39567)
P.O. Box 1618
Pascagoula, MS 39568-1618
(228) 762-2272 phone
(228) 762-3223 fax
rwilkinson@wwbslaw.com
ksessoms@wwbslaw.com

Brett Shumate*
John Henry Thompson*
Louis J. Capozzi III*
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-5429
bshumate@jonesday.com

James M. Burnham*
King Street Legal, P.L.L.C.
800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com

*admitted *pro hac vice*

*Counsel for Plaintiffs George D. Arnesen and Jeffrey Ryan Bradley*

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Chief

*/s/ Alison C. Finnegan*
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500;  Fax: (202) 305-0275
Email: alison.c.finnegan@usdoj.gov

TODD W. GEE
*United States Attorney*

*/s/ James E. Graves, III*
James E. Graves, III
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: James.Graves@usdoj.gov
MS Bar No. 102252

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Mississippi by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael Poon*
MICHAEL POON
