# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN, *et al.*<br><br>*Plaintiffs,*<br>v.<br><br>GINA RAIMONDO, U.S. Secretary of Commerce, *et al.*<br><br>*Defendants.* | No. 1:23-cv-00145-TBM-RPM |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

James M. Burnham respectfully requests the Court's permission to withdraw as counsel for Plaintiffs George D. Arnesen and Jeffrey Ryan Bradley in the above-captioned matter, due to his departure from private practice. Plaintiffs consent to this motion. Plaintiffs will continue to be represented by and through the other attorneys listed on the docket. A proposed order follows this motion, as required by Local Civil Rule 83.1(b)(3).

Dated:  January 20, 2025

Respectfully submitted,

*/s/ Robert W. Wilkinson*
Robert W. Wilkinson (MS Bar No. 7215)
Wilkinson, Williams, Bosio & Sessoms, PLLC
734 Delmas Ave. (39567)
P.O. Box 1618
Pascagoula, MS 39568-1618
(228) 762-2272 phone
(228) 762-3223 fax
rwilkinson@wwbslaw.com

James M. Burnham (*pro hac vice*)
King Street Legal, P.L.L.C.
800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record. The foregoing has also been served on Plaintiffs by U.S. Postal Service certified mail:

GEORGE D. ARNESEN
280 Tangelo Drive
Buras, LA 70041

JEFFREY RYAN BRADLEY
8033 Westwood Circle
Ocean Springs, MS 39564

                                            */s/Robert W. Wilkinson*
                                            Robert W. Wilkinson