## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE D. ARNESEN; JEFFREY RYAN BRADLEY; KAREN BELL; A.P. BELL FISH COMPANY, INC.;** *and* **WILLIAM COPELAND** | **PLAINTIFFS** |
| v. | **CIVIL ACTION NO. 1:23-cv-145-TBM-RPM** *consolidated with* **CIVIL ACTION NO. 1:23-cv-160-TBM-RPM** |
| **GINA RAIMONDO, U.S.** *Secretary of Commerce*; **NATIONAL MARINE FISHERIES SERVICE, (NMFS); JANET COIT,** NMFS *Assistant Administrator*; **SAMUEL D. RAUCH, III,** *NMFS Deputy Assistant Administrator for Regulatory Programs*; **GULF OF MEXICO FISHERY MANAGEMENT COUNCIL;** *et. al.* | **DEFENDANTS** |

### ORDER EXPEDITING PROCEEDINGS

A group of greater amberjack commercial fishers filed suit in this Court alleging that the Regional Fishery Management Council for the Gulf of Mexico consisted of members serving in violation of the Appointments Clause of the United States Constitution. As the parties acknowledge, this Court expedited the resolution of the cross Motions for Summary Judgment [6], [65], [70], [77], and ultimately dismissed this case on January 31, 2024. [105]. This matter was appealed, and on remand, the Fifth Circuit highlighted two issues for this Court's consideration: standing and ratification. The parties were granted an opportunity to submit supplemental briefing, which concluded on November 4, 2024. The parties have now moved to expedite this matter again. [105]. The Court agrees that this matter should be expedited.

IT IS THEREFORE ORDERED AND ADJUDGED that the Unopposed Motion to Expedite [105] is GRANTED. This Court will expedite this action "in every possible way" pursuant to 16 U.S.C. § 1855(f)(4).

This, the 6th day of March, 2025.

                                              TAYLOR B. McNEEL
                                              UNITED STATES DISTRICT JUDGE